Chief Judge LIPPMAN taking no part.

In the Matter of VILLAGE OF CHESTNUT RIDGE et al., Respondents, et al., Petitioners/Plaintiffs, v TOWN OF RAMAPO et al., Respondents, and SCENIC DEVELOPMENT, LLC, Appellant.

Submitted February 9, 2009; decided April 2, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine an action or proceeding within the meaning of the Constitution and is not an order of the type provided for in CPLR 5602 (a) (2).

In the Matter of VILLAGE OF CHESTNUT RIDGE et al., Respondents, et al., Petitioners/Plaintiffs, v TOWN OF RAMAPO et al., Appellants, and SCENIC DEVELOPMENT, LLC, Respondent.

Submitted February 17, 2009; decided April 2, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine an action or proceeding within the meaning of the Constitution and is not an order of the type provided for in CPLR 5602 (a) (2).

In the Matter of CLARENDON NATIONAL INSURANCE COMPANY, Respondent, v FRANCISCO NUNEZ, SR., et al., Appellants.

Submitted March 16, 2009; decided April 2, 2009

Motion by New York State Trial Lawyers' Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.